4:45 pm
ORIGINAL
FILED
AUG 11 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MADEN TECH CONSULTING, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant, | No. 06-585 C |

## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND DECLARATORY RELIEF

Pursuant to Appendix C, Section V, Paragraph 10, Plaintiff, Maden Tech Consulting, Inc. d/b/a/ Maden Technologies ("Maden Tech"), hereby requests that the court enter a temporary restraining order and preliminary injunction prohibiting the Defendant, United States, acting through the Defense Advanced Research Project Agency ("DARPA"), from continuing to override the automatic stay of performance required by the Competition in Contracting Act, 31 U.S.C. § 3553(d)(3) and proceeding with the performance of Contract No. HR0011-06-C-0127 (the "Contract"), awarded to Beta Analytics, Inc. ("BAI"). Maden Tech further requests that the court issue a declaratory judgment that DARPA's override of the stay of performance required by the Competition in Contracting Act was arbitrary, capricious and otherwise in violation of law, and that the automatic stay is necessarily restored.

DARPA awarded the Contract to BAI on or about July 19, 2006. DARPA did not debrief Maden Tech on the basis for its award decision until July 28, 2006. Maden Tech filed a protest of this award with the Government Accountability Office on July 31, 2006. DARPA issued an initial Determination and Findings overriding the stay of contract performance required by 31 U.S.C. § 3553(d)(3). DARPA issued a Supplemental Determination and Findings on August 4, 2006. On August 7, 2006, Maden Tech filed an Emergency Motion for Declaratory Judgment to Reinstate the

Automatic Stay in Intervenor's Protest in a separate case pending before this Court, *BAI v. United States*, No. 04-556C, in which Maden Tech also was a party. The Court granted the motion to the extent that DARPA's override of the stay was based on its orders in that case, but denied the motion without prejudice, stating that Maden Tech would be required to "file a new case in our Court challenging the override, to be assigned randomly to another judge of our Court." Order, dated August 8, 2006, at 3.

The issuance of a Temporary Restraining Order and a Preliminary Injunction are essential to preserve the status quo pending resolution of Maden Tech's post-award protest and to prevent immediate and irreparable harm to Maden Tech and the general public interest.

Accordingly, pursuant to Rule 65 of the Court of Federal Claims, Plaintiff respectfully requests that the court schedule a hearing on this Motion as soon as possible and, upon hearing argument, enter a Temporary Restraining Order and a Preliminary Injunction and issue a Declaratory Judgment granting the following relief:

1. A declaration that DARPA's decision to override and lift the automatic stay of performance was arbitrary and capricious, an abuse of discretion, and otherwise not in accordance with law, and therefore is invalid;

2. A Temporary Restraining Order maintaining the status quo of a stay of performance under the Contract and precluding DARPA from allowing any work to be performed by BAI under that Contract until such time as the Court has the opportunity to hear arguments and decide the motion for a preliminary injunction;

3. A Preliminary Injunction ordering DARPA to maintain the status quo of a stay of performance under the Contract and precluding DARPA from allowing any work to be performed by BAI under that Contract until such time as the Government Accountability Office decides the merits of this protest;

4. Such other relief as the Court may deem just and proper.

Dated: August 11, 2006

Respectfully submitted,

T. Michael Guiffré
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6441
(202) 457-6315 (Fax)

Attorney of Record for
Maden Tech Consulting, Inc.

Of Counsel:
Robert S. Brams
Elizabeth M. Gill
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2006, I served by hand delivery Plaintiff's Motion for a Temporary Restraining Order, Preliminary Injunction and Declaratory Relief, supporting memorandum, and proposed orders to:

Bryant Snee, Esq.
U.S. Department of Justice
Civil Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington D.C. 20530
Ph – 202-216-0315
Fax – 202-305-7644

Paul Pompeo, Esq.
Holland & Knight
2099 Pennsylvania Avenue, NW
Suite 100
Washington, D.C. 20006
Ph – 202-828-1881
Fax – 202-419-2913

Mary Clarke, Esq.
Defense Advanced Research Projects Agency
3701 Fairfax Drive
Arlington, Virginia 22203-1714.
Ph – 571-218-4409

T. Michael Guiffré

4823064