IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MADEN TECH CONSULTING, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-585<br>(Judge Braden) |

Scheduling Order

1. The administrative record shall be filed on or before August 18, 2006.

2. The Government shall file its opposition to plaintiff's request for injunctive and declaratory relief by the close of business on August 22, 2006. Assuming the Court grants the motion to intervene filed by Beta Analytics International, Inc. ("Beta"), then Beta shall also file its opposition by the close of business on August 22, 2006.

3. Plaintiff, Maden Tech Consulting, Inc. ("Maden") shall file its reply brief by the close of business on August 23, 2006.

4. A hearing on plaintiff's motion for injunctive and declaratory relief shall be held on August 25, 2006, or on a date thereafter as is convenient to the Court and the parties.

FOR THE COURT:

_______________________________

Dated: _______________, 2006
Washington, D.C.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MADEN TECH CONSULTING, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-585<br>(Judge Braden) |

Notice of Filing

Pursuant to the scheduling conference held on August 14, 2006, defendant, the United States, respectfully submits the attached proposed scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 305-7643
Attorneys for Respondent

August 14, 2006