# EXHIBIT B

**Pompeo, Paul E (WAS - X77033)**

**From:** Guiffre, Michael [MGuiffre@PattonBoggs.com]
**Sent:** Tuesday, August 15, 2006 11:48 AM
**To:** paul.pompeo@hklaw.com
**Cc:** Gill, Elizabeth M.
**Subject:** RE: Unopposed Motion to Intervene

Paul,

Except for one paragraph, we do not object to your motion. We disagree with your recitation on page 3 of what the plaintiff must prove to obtain injunctive relief. Please either (i) delete that paragraph, or (ii) add an appropriate disclaimer that although plaintiff does not agree with that portion of your motion, plaintiff does not oppose the motion to intervene.

Thanks,
Michael

-----Original Message-----
**From:** paul.pompeo@hklaw.com [mailto:paul.pompeo@hklaw.com]
**Sent:** Tuesday, August 15, 2006 11:20 AM
**To:** Guiffre, Michael
**Cc:** Gill, Elizabeth M.
**Subject:** Unopposed Motion to Intervene
**Importance:** High

Here's the proposed motion and attachments. It's in PDF form, because that's the method for electronic filing (I've verified that this is an electronic case). If you could give me your concurrence ASAP, it would be much appreciated so that I can get this filed before I head off to the doctor. Thanks.

Holland + Knight

**Paul E. Pompeo**
Holland & Knight LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Direct 202 457 7033
Fax 202 955 5564
Email paul.pompeo@hklaw.com
www.hklaw.com
for biographical information:
http://www.hklaw.com/Biographies/ExpandedBio.asp?ID=54436

**NOTICE:** This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

DISCLAIMER:
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) at (202) 457-6000 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at http://www.pattonboggs.com.