# In the United States Court of Federal Claims

No. 06-585C
Filed: August 15, 2006

| | |
|---|---|
| MADEN TECH CONSULTING INC., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## SCHEDULING ORDER

Pursuant to the telephone status conference held on August 14, 2006 and by agreement of the parties, the court hereby enters the following schedule:

1. Defendant will file the Administrative Record **on or before August 18, 2006**;

2. Any opposition to Plaintiff's request for temporary restraining order, preliminary injunction, and declaratory relief will be filed **on or before August 22, 2006**.

3. Plaintiff will file its reply brief **on or before August 23, 2006**;

4. A hearing on the plaintiff's motion for temporary restraining order, preliminary injunction, and declaratory relief will be held **on August 25, 2006 at 10:30 a.m.** at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**