# EXHIBIT A

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350)

RATING

PAGE 1 OF PAGES 55

2. CONTRACT (*Proc. Inst. Ident.*) NO. HR0011-06-C-0127

3. EFFECTIVE DATE 19 Jul 2006

4. REQUISITION/PURCHASE REQUEST/PROJECT NO. W079/00

5. ISSUED BY CODE HR0011
DARPA
CMO
ATTN: WADE WARGO
3701 NORTH FAIRFAX DRIVE
ARLINGTON VA 22203-1714

6. ADMINISTERED BY (*If other than Item 5*) CODE S2404A
DCMA VIRGINIA
10500 BATTLEVIEW PARKWAY
SUITE 200
MANASSAS VA 20109-2342
SCD: C

7. NAME AND ADDRESS OF CONTRACTOR (*No., street, city, county, state and zip code*)
BETA ANALYTICS, INCORPORATED
A DIVISION OF ANALEX CORPORATION
2677 PROSPERITY AVENUE #400
FAIRFAX VA 22031

CODE 3Y646 FACILITY CODE

8. DELIVERY
[ ] FOB ORIGIN [ X ] OTHER (*See below*)

9. DISCOUNT FOR PROMPT PAYMENT
Net 30 Days

10. SUBMIT INVOICES 1 (*4 copies unless otherwise specified*) TO THE ADDRESS SHOWN IN:
ITEM Section G

11. SHIP TO/MARK FOR CODE HR0011
DARPA
ROBERT COPELAND
ATTN: SID
3701 N. FAIRFAX DRIVE
ARLINGTON VA 22203-1714

12. PAYMENT WILL BE MADE BY CODE HQ0338
DFAS COLUMBUS CENTER
SOUTH ENTITLEMENT OPERATIONS
P.O. BOX 182264
COLUMBUS OH 43218-2264

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA
See Schedule

| 15A. ITEM NO. | 15B. SUPPLIES/ SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

15G. TOTAL AMOUNT OF CONTRACT $12,013,757.00

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 51 - 54 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 - 7 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 8 - 37 | X | J | LIST OF ATTACHMENTS | 55 |
| X | D | PACKAGING AND MARKING | 38 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 39 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 40 - 42 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 43 - 45 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 46 - 50 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [ ] CONTRACTOR'S NEGOTIATED AGREEMENT Contractor is required to sign this document and return ___ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number HR0011-06-R-0001-0004 REF: BAI Prop # 020 thru Amd 0004 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (*Type or print*)
Mitchell J. Singer
Director of Contracts

20A. NAME AND TITLE OF CONTRACTING OFFICER
WADE WARGO / CONTRACTING OFFICER
TEL: 571 218 4815 EMAIL: wade.wargo@darpa.mil

19B. NAME OF CONTRACTOR
BY [signature: Mitchell J Singer]
(*Signature of person authorized to sign*)

19C. DATE SIGNED 7/19/06

20B. UNITED STATES OF AMERICA
BY [signature]
(*Signature of Contracting Officer*)

20C. DATE SIGNED 19-Jul-2006