Electronically Filed on August 15, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MADEN TECH CONSULTING, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-585C |
| | ) | (Judge Susan G. Braden) |
| Defendant. | ) | |
| | ) | |

ORDER

Upon consideration of the First Amended Unopposed Motion to Intervene filed by Beta Analytics International, Inc. ("BAI"), it is this ____ day of ______________, 2006 ;

ORDERED that BAI's Motion is GRANTED, and BAI is admitted as an Intervenor in the above-captioned matter.

____________________________
Hon. Susan G. Braden, Judge

Copies to:

T. Michael Guiffre, Esq.
Robert S. Brams, Esq.
Elizabeth M. Gill, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
Phone: (202) 457-6000
Fax: (202) 457-6315

Michael Dierberg, Esq.
U.S. Department of Justice
Civil Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Phone: (202) 353-0536
Fax: (202) 305-7643

Mary Clarke, Esq.
Defense Advanced Research Projects Agency
3701 Fairfax Drive
Arlington, VA 22203-1714
Phone: (571) 218-4409
Fax: (703) 696-2203

Paul E. Pompeo, Esq.
Joseph P. Hornyak, Esq.
Stuart W. Turner, Esq.
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 457-7033
Fax: (202) 419-2913

# 3987915_v1