# In the United States Court of Federal Claims

No. 06-585C
Filed: August 15, 2006

| | |
|---|---|
| *********************************** | |
| | * |
| MADEN TECH CONSULTING INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, and | * |
| | * |
| BETA ANALYTICS INTERNATIONAL, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| *********************************** | |

**ORDER**

Pursuant to Rule of the Court of Federal Claims 24(a)(2), Beta Analytics International, Inc.'s August 15, 2006 First Amended Unopposed Motion to Intervene as a matter of right is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**