# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **MADEN TECH CONSULTING, INC.** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-585** |
| | ) | **(Judge Braden)** |
| **THE UNITED STATES** | ) | |
| **Defendant,** | ) | |

## UNOPPOSED MOTION FOR A PROTECTIVE ORDER

Plaintiff, Maden Tech Consulting, Inc. d/b/a Maden Technologies ("Maden Technologies"), respectfully requests that the Court issue a protective order in this matter. Counsel for Plaintiff has conferred with Counsel for the Defendant and the Intervenor and they do not oppose this Motion.

Dated: August 16, 2006

Respectfully submitted,

/S/ T. Michael Guiffré

T. Michael Guiffré
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6441
(202) 457-6315 (Fax)

Attorney of Record for
Maden Tech Consulting, Inc.

Of Counsel:
Robert S. Brams
Elizabeth M. Gill
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (Fax)

4824088

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2006, I served via electronic mail Plaintiff's Motion for a Protective Order to:

Michael Dierberg, Esq.
U.S. Department of Justice
Civil Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington D.C. 20530
Ph – 202-216-0315
Fax – 202-305-7644

Paul Pompeo, Esq.
Holland & Knight
2099 Pennsylvania Avenue, NW
Suite 100
Washington, D.C. 20006
Ph – 202-828-1881
Fax – 202-419-2913

/S/ Elizabeth M. Gill

Elizabeth M. Gill