Electronically Filed on August 17, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MADEN TECH CONSULTING, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-585C |
| | ) | (Judge Susan G. Braden) |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BETA ANALYTICS INTERNATIONAL, | ) | |
| INC. | ) | |
| | ) | |
| Intervenor. | ) | |

## STATEMENT OF INTERVENOR REGARDING PROPOSED PROTECTIVE ORDER

Intervenor Beta Analytics, Inc., also known as Beta Analytics International, Inc. ("BAI"), by its undersigned counsel, has reviewed the Protective Order that the Court issued on August 16, 2006 and hereby requests the following clarification. Paragraph 3 of the Protective Order does not address electronic filing of "Protected Information." The Court's General Order No. 42A specifies that all documents a party seeks to file under seal "shall not be filed electronically unless and until authorized by the assigned judge." If this Court wants the parties to file their papers electronically (even if those papers include material subject to the proposed

protective order), BAI requests that the court revise paragraph 3 of the proposed protective order to read:

> Protected information of any kind may be provided only to the court and to individuals authorized by this Protective Order and must be in a sealed parcel containing the legend "PROTECTED INFORMATION ENCLOSED" conspicuously placed on the outside of the parcel containing the information unless filed electronically. A copy of the certificate of service identifying the document being filed should be attached to the front of each parcel. If a party seeks to file Protected Information electronically, the party filing the Protected Information shall use the "Sealed" menus on the Court's case management and electronic document filing system.

If the Court does not authorize the electronic filing of "Protected Information," BAI requests no modifications to the proposed protective order.

Dated: August 17, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

s/Paul E. Pompeo

Paul E. Pompeo
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Beta Analytics International, Inc.*

Of Counsel:

Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 3992174_v1