Electronically Filed on August 17, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MADEN TECH CONSULTING, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

and

BETA ANALYTICS INTERNATIONAL, INC.

Intervenor.

No. 06-585C
(Judge Susan G. Braden)

## APPLICATIONS FOR ACCESS UNDER PROTECTIVE ORDER

Pursuant to Paragraph 2(b) of the Protective Order that the Court issued on August 16, 2006, Intervenor Beta Analytics, Inc., also known as Beta Analytics International, Inc. ("BAI"), hereby attaches the Applications for Access to Information Under Protective Order by Inside or Outside Counsel (Form 9) for Paul E. Pompeo, Attorney of Record for BAI, Joseph P. Hornyak and Stuart W. Turner, Of Counsel for BAI.

Dated: August 17, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

s/Paul E. Pompeo

Paul E. Pompeo
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Beta Analytics International, Inc.*

Of Counsel:

Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 3993002_v1