Electronically Filed on August 17, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MADEN TECH CONSULTING, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant.<br><br>and<br><br>BETA ANALYTICS INTERNATIONAL, INC.<br><br>Intervenor. | No. 06-585C<br>(Judge Susan G. Braden) |

## MOTION TO AMEND PROTECTIVE ORDER

On the evening of August 17, 2006, Chambers requested that Intervenor Beta Analytics, Inc., also known as Beta Analytics International, Inc. ("BAI"), file this Motion to Amend the Protective Order that the Court issued on August 16, 2006, regarding timing issues under paragraph 2(b) of the Protective Order in light of the scheduled submission of the Administrative Record in this case on August 18, 2006. Accordingly, Intervenor proposes to amend the third sentence of Paragraph 2(b) to read as follows:

> Such person shall, without further action by the court, be permitted access to protected information at the close of the <u>first</u> business day after the other

> parties have received the Application, unless, in the interim, any party informs the requesting party of an objection.

The underscored word in the proposed amendment is the only proposed change. A proposed Order affecting this change is attached.

Dated: August 17, 2006

Respectfully submitted,

HOLLAND & KNIGHT, LLP

s/Paul E. Pompeo
Paul E. Pompeo
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Beta Analytics International, Inc.*

Of Counsel:

Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 3992174_v1