Electronically Filed on August 17, 2006

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MADEN TECH CONSULTING, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant.<br><br>and<br><br>BETA ANALYTICS INTERNATIONAL, INC.<br><br>Intervenor. | No. 06-585C<br>(Judge Susan G. Braden) |

## ORDER

Upon consideration of the Motion to Amend Protective Order filed by Beta Analytics International, Inc. ("BAI"), it is this ____ day of _______________, 2006 ;

ORDERED that BAI's Motion is GRANTED, and the third sentence of Paragraph 2(b) of the Protective Order is amended to read as follows:

> Such person shall, without further action by the court, be permitted access to protected information at the close of the first business day after the other parties have received the Application, unless, in the interim, any party informs the requesting party of an objection.

______________________________
Hon. Susan G. Braden, Judge

Copies to:

T. Michael Guiffre, Esq.
Robert S. Brams, Esq.
Elizabeth M. Gill, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
Phone: (202) 457-6000
Fax: (202) 457-6315

Michael Dierberg, Esq.
U.S. Department of Justice
Civil Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Phone: (202) 353-0536
Fax: (202) 305-7643

Mary Clarke, Esq.
Defense Advanced Research Projects Agency
3701 Fairfax Drive
Arlington, VA 22203-1714
Phone: (571) 218-4409
Fax: (703) 696-2203

Paul E. Pompeo, Esq.
Joseph P. Hornyak, Esq.
Stuart W. Turner, Esq.
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 457-7033
Fax: (202) 419-2913