IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MADEN TECH CONSULTING, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>BETA ANALYTICS INTERNATIONAL, INC.,<br><br>Intervenor | No. 06-585<br>(Judge Braden) |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**ADMINISTRATIVE RECORD ON CD-ROM**

Defendant, the United States, respectfully requests leave to file the administrative record utilizing a CD-ROM. This case is designated for electronic filing using the Court's CM/ECF system. The administrative record in this case will exceed the two megabyte size limitation applicable to electronic files, Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4, and the 50-page limitation requiring printed documents, RCFC General Order 42A ¶ 5.

The administrative record consists of a large number of documents. These materials can most efficiently be delivered to the Court and to the parties on a CD-ROM. This method will provide efficient and easy access to the administrative record by the parties and the Court. Furthermore, because of the portability and ease of manipulation of the documents on a CD-ROM, we also respectfully request that the Court waive the requirement of RCFC General Order 42A ¶ 5 that an additional paper copy be supplied to the Court.

For these reasons, defendant respectfully requests that this motion for leave to file on CD-ROM and to waive the additional paper copy be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 305-7643
Attorneys for Respondent

August 18, 2006