# In the United States Court of Federal Claims

No. 06-585C
Filed: August 21, 2006

| | |
|---|---|
| MADEN TECH CONSULTING INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, and | * |
| BETA ANALYTICS INTERNATIONAL, INC., | * |
| Defendant-Intervenor. | * |

## ORDER

Defendant's August 18, 2006 Unopposed Motion for Leave to File Administrative Record on CD-ROM is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**