IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MADEN TECH CONSULTING, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

No. 06-585
(Judge Braden)

PLAINTIFF'S WITNESS LIST

Plaintiff, Maden Tech Consulting, Inc., identifies the following witnesses it intends to call at the hearing of August 25, 2006:

1. Glenn Gearhard, Director, Intelligence Sector, Maden Tech Consulting, Inc.

2. Dr. Anthony J. Tether, Director, Defense Advanced Research Projects Agency. The purpose of Dr. Tether's testimony is to determine whether the head of the agency considered the administrative record and personally determined that there were urgent and compelling circumstances requiring that DARPA override the CICA stay of BAI's performance, and, if so, when he made such determination.

Plaintiff reserves the right to supplement and/or change the witnesses listed above.

Dated: August 23, 2006

Respectfully submitted,

s/ T. Michael Guiffré

T. Michael Guiffré
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6441
(202) 457-6315 (Fax)

Attorney of Record for
Maden Tech Consulting, Inc.

4825366

Of Counsel:
Robert S. Brams
Elizabeth M. Gill
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2006, I served via electronic mail Plaintiff's Witness List to:

Michael Dierberg, Esq.
U.S. Department of Justice
Civil Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington D.C. 20530
Ph – 202-353-0536
Fax – 202-305-7644

Paul Pompeo, Esq.
Holland & Knight
2099 Pennsylvania Avenue, NW
Suite 100
Washington, D.C. 20006
Ph – 202-828-1881
Fax – 202-419-2913

s/ T. Michael Guiffré

T. Michael Guiffré