IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MADEN TECH CONSULTING, INC., Plaintiff, v. THE UNITED STATES, Defendant, and BETA ANALYTICS INTERNATIONAL, INC., Intervenor. | No. 06-585 (Judge Braden) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 14 days within which to respond to plaintiff's application for attorneys fees and costs pursuant to the Equal Access to Justice Act ("EAJA"). The Government's response is currently due on December 7, 2006. The extension would bring the date for responding to plaintiff's EAJA application to December 21, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, Maden Tech Consulting, Inc., and counsel for intervenor, Beta Analytics International, Inc., have indicated that plaintiff and intervenor are not opposed to this motion.[1]

[1] Counsel for plaintiff also requested that the Government ask for an enlargement of time, through and including January 5, 2007, within which plaintiff may file its reply brief to ensure adequate time to reply in light of the Christmas and New Years' holidays. However, by our calculations, plaintiff's reply brief would be due on January 8, 2007, assuming our motion to enlarge is granted. In the event that the Court's calculation of plaintiff's reply date is different from our calculation, we also respectfully request that plaintiff's reply brief by due no earlier than January 5, 2006.

The requested enlargement of time is necessary because Government counsel will be out of the office from December 1, 2006 through December 8, 2006. In addition, Government counsel has had very limited time to devote to plaintiff's EAJA application prior to December 1, 2006 because of Government counsel's other responsibilities, including preparing and filing a brief in an antidumping duty case in the United States Court of International Trade on November 30, 2006. For these reasons, defendant respectfully requests that the Court grant defendant's motion for an enlargement of time of 14 days, through and including December 21, 2006, within which to file its response to plaintiff's EAJA application.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 305-7643

November 30, 2006

Attorneys for Defendant