# In the United States Court of Federal Claims

No. 06-585C
Filed: December 5, 2006

***********************************
*
MADEN TECH CONSULTING, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, and *
*
BETA ANALYTICS *
INTERNATIONAL, INC., *
*
Defendant-Intervenor. *
*
***********************************

**ORDER**

Defendant's November 30, 2006 Unopposed Motion for Enlargement of Time is, hereby, **GRANTED**. The time in which to file its response to Plaintiff's November 20, 2006 Motion for Attorneys' Fees and Expenses is extended fourteen (14) days, through **December 21, 2006**.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**