# In the United States Court of Federal Claims

**No. 06-585C (consolidated with Case No. 06-612C)**

**MADEN TECH CONSULTING INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES**,
**Defendant,**

**and**

**BETA ANALYTICS INTERNATIONAL, INC.,**
**Defendant-Intervenor.**

Pursuant to the Published Memorandum Opinion and Final Judgment, filed December 29, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment on Plaintiff's August 11, 2006 Motion for Declaratory Judgment is in favor of Plaintiff. Plaintiff's August 11, 2006 Motion for a Temporary Restraining Order and Preliminary Injunction is denied. Plaintiff's August 31, 2006 Motion for temporary Restraining Order, Preliminary Injunction, and Declaratory Relief is denied. Plaintiff's November 20, 2006 Motion for Attorney's Fees is also denied.

Brian Bishop
Clerk of Court

**January 3, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.