# In the United States Court of Federal Claims

No. 06-585C
(Consolidated with Case No. 06-612C)
Filed: January 23, 2007

MADEN TECH CONSULTING INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant, and

BETA ANALYTICS INTERNATIONAL, INC.,

Defendant-Intervenor.

**ORDER**

Plaintiff's January 16, 2007 Motion for Reconsideration of the court's denial of Plaintiff's November 20, 2006 Motion for Attorney's Fees is denied.

On November 20, 2006, Plaintiff filed a Motion for Attorney's Fees seeking attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, for the case of *Maden Tech Consulting, Inc.* v. *United States*, 06-585C. On December 21, 2006, the Government filed a Response. On December 29, 2006, the court denied Plaintiff's Motion. *See* Order, *Maden Tech Consulting, Inc*. v. *United States*, 06-585 (Fed. Cl. 2006); *see also Rice Servs., Ltd.* v. *United States*, 405 F.3d 1017, 1026 (Fed. Cir. 2005) (holding that "in order to be deemed a 'prevailing party[,]' a plaintiff [must] have obtained a court order carrying sufficient 'judicial imprimatur' to materially change the legal relationship of the parties.").

Because Plaintiff has failed to identify a manifest error of law or mistake of fact, Plaintiff's Motion for Reconsideration of that portion of the Court's December 29, 2006 Order denying Plaintiff's Motion for Attorneys Fees is denied. *See Coconut Grove Entm't, Inc.* v. *United States,* 46 Fed. Cl. 249, 255 (2000) (holding that to prevail on a Motion for Reconsideration, a movant must

"point to a manifest error of law or mistake of fact") (citing *Franconia Assoc.* v. *United States*, 44 Fed. Cl. 315, 216 (1999)).

s/Susan G. Braden
SUSAN G. BRADEN
Judge