Electronically Filed January 23, 2007

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MADEN TECH CONSULTING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-585C |
| | ) | (Consolidated with |
| | ) | Case No. 06-612C) |
| | ) | |
| Defendant, and | ) | (Judge Susan G. Braden) |
| | ) | |
| BETA ANALYTICS, INC. | ) | |
| | ) | |
| Intervenor | ) | |

## NOTICE AND CERTIFICATION UNDER PROTECTIVE ORDER

By Orders dated August 16, 2006 in docket 06-585C and September 5, 2006 in docket 06-612C, the Court issued the Protective Orders in the above-captioned cases. In accordance with paragraph 9 of the Protective Orders, Beta Analytics, Inc. hereby certifies that the protected material in the above-captioned proceedings has been destroyed.

Dated: January 23, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/ Paul E. Pompeo
Paul E. Pompeo
2099 Pennsylvania Avenue, N.W.,
Suite 100
Washington, D.C. 20006
(202) 457-7033 – phone
(202) 419-2913 – fax
*Counsel for Beta Analytics, Inc.*

Of Counsel:

Joseph P. Hornyak
Stuart W. Turner
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

# 4307645_v1