**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MADEN TECH CONSULTING, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Nos. 06-585;** |
| | ) | **06-612C** |
| | ) | **(Judge Braden)** |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |

**NOTICE AND CERTIFICATION UNDER PROTECTIVE ORDER**

In accordance with Paragraph 9 of the Orders dated August 16, 2006 in case number 06-585 and September 5, 2006 in case number 06-612, Plaintiff, Maden Tech Consulting, Inc. ("Maden Tech"), hereby certifies that all of the protected material in the above-captioned matters has been destroyed.

Dated this 31st day of January, 2007.

Respectfully submitted,

/S T. Michael Guiffré

T. Michael Guiffré
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6441
(202) 457-6315 (Fax)

Attorney of Record for
Maden Tech Consulting, Inc.

Of Counsel:
James M. Schwarz
PATTON BOGGS LLP
8484 Westpark Drive
McLean, VA 22102
(703) 744-8090
(703) 744-8001 (Fax)

Elizabeth M. Gill
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-5166
(202) 457-6315 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2007, I served via electronic mail this Notice and Certification to:

Michael Dierberg, Esq.
U.S. Department of Justice
Civil Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington D.C. 20530
Ph – 202-353-0536
Fax – 202-305-7644

Paul Pompeo, Esq.
Holland & Knight
2099 Pennsylvania Avenue, NW
Suite 100
Washington, D.C. 20006
Ph – 202-828-1881
Fax – 202-419-2913

/S

______________________________
Elizabeth M. Gill